800

No. 1193.   UNITED STATES *v.* DI RE.   May 19, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.   *Acting Solicitor General Washington* for the United States.

No. 1264.   KAVANAGH, COLLECTOR OF INTERNAL REVENUE, *v.* NOBLE.   June 2, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted.   *Acting Solicitor General Washington* for petitioner.   *E. M. Baynes* and *W. H. Harris* for respondent.

No. 1265.   JONES, COLLECTOR OF INTERNAL REVENUE, *v.* LIBERTY GLASS Co.   June 2, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted.   *Acting Solicitor General Washington* for petitioner.

No. 1285.   VON MOLTKE *v.* GILLIES, SUPERINTENDENT. June 2, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted.   *G. Leslie Field* for petitioner.   *Acting Solicitor General Washington, Robert S. Erdahl* and *Philip R. Monahan* for respondent.

No. 1300.   MANDEVILLE ISLAND FARMS, INC. ET AL. *v.* AMERICAN CRYSTAL SUGAR Co.   June 2, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted.   *Guy Richards Crump* for petitioners.   *Louis W. Myers* and *Pierce Works* for respondent.